**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ENRIQUE CASTILLO,

      Plaintiff,

 -against-

Z DELI GROCERY V CORP *d/b/a* Z Grill, ALI ESMAEL ZIAD, and MOHAMMED ZIAD, *individually*,

      Defendants.

------------------------------------- x

ORDER

21 Civ. 1744 (GBD)

GEORGE B. DANIELS, District Judge:

The June 29, 2021 initial conference is hereby cancelled.

Dated: June 21, 2021
   New York, New York

            SO ORDERED.

            *George B. Daniels*
            GEORGE B. DANIELS
            UNITED STATES DISTRICT JUDGE