**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ENRIQUE CASTILLO,

                Plaintiff,

-against-

Z DELI GROCERY V CORP *d/b/a* Z Grill, ALI
ESMAEL ZIAD, and MOHAMMED ZIAD,
 *individually*,

                Defendants.

------------------------------------- x

ORDER

21 Civ. 1744 (GBD)



GEORGE B. DANIELS, District Judge:

    The status conference scheduled to occur on October 26, 2021 is adjourned to January 18, 2022 at 9:45am. The parties' request for an extension of the deadline to complete fact discovery from November 12, 2021 to January 14, 2022 is GRANTED.

Dated: October 25, 2021
       New York, New York

                                    SO ORDERED.

                                    *George B. Daniels*
                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE