UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ENRIQUE CASTILLO,

                Plaintiff,

  -against-

Z DELI GROCERY V CORP *d/b/a* Z Grill, ALI
ESMAEL ZIAD, and MOHAMMED ZIAD,
*individually*,

                Defendants.

------------------------------------- x

ORDER

21 Civ. 1744 (GBD)

GEORGE B. DANIELS, District Judge:

The final pretrial conference scheduled to occur on January 14, 2022 is cancelled. The status conference scheduled to occur on January 18, 2022 is adjourned to February 22, 2022 at 9:45am.

Dated: January 11, 2022
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE