UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

ENRIQUE CASTILLO,

                      Plaintiff,

   -against-

Z DELI GROCERY V CORP *d/b/a* Z Grill, ALI
ESMAEL ZIAD, and MOHAMMED ZIAD,
 *individually*,

                     Defendants.

------------------------------------ x

ORDER

21 Civ. 1744 (GBD)

GEORGE B. DANIELS, District Judge:

    The status conference scheduled for February 22, 2022 is adjourned to April 26, 2022 at 9:45am.

Dated: February 14, 2022
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE