UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
ENRIQUE CASTILLO,

      Plaintiff,

 -against-

Z DELI GROCERY V CORP *d/b/a* Z Grill, ALI
ESMAEL ZIAD, and MOHAMMED ZIAD,
*individually*,

      Defendants.

------------------------------------ x

ORDER

21 Civ. 1744 (GBD)

GEORGE B. DANIELS, District Judge:

 The status conference currently scheduled for April 26, 2022 is adjourned to June 14, 2022 at 9:30 am.

Dated: April 21, 2022
   New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE