UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENRIQUE CASTILLO,

                      Plaintiff,

   -against-

Z DELI GROCERY V CORP d/b/a Z Grill, ALI ESMAEL ZIAD, and MOHAMMED ZIAD, *individually*,

                      Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-1744 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to Magistrate Judge Willis on April 21, 2022 for settlement. ECF No. 39. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference by **April 27, 2022**. Proposed dates should be in the second and third weeks of May.

      SO ORDERED.

DATED:    New York, New York
              April 22, 2022

                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge