UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENRIQUE CASTILLO,

                                  Plaintiff,

        -against-

Z DELI GROCERY V CORP d/b/a Z Grill, ALI
ESMAEL ZIAD, and MOHAMMED ZIAD,
*individually*,

                                  Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-1744 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **May 18, 2022 at 10:30 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Willis's Individual Practices. Pre-conference submissions must be received by the Court no later than **May 11, 2022**.

      SO ORDERED.

DATED:    New York, New York
               April 27, 2022

                                                                                    _____
                                                                                  JENNIFER E. WILLIS
                                                                                  United States Magistrate Judge