UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

ENRIQUE CASTILLO,

                    Plaintiff,

-against-

Z DELI GROCERY V CORP, ALI ESMAEL
ZIAD, and MOHAMMED ZIAD,

                    Defendants.

------------------------------------ x

ORDER

21 Civ. 1744 (GBD)

GEORGE B. DANIELS, District Judge:

Plaintiff's joint letter request to adjourn the pretrial conference set for December 7, 2022 is GRANTED. The pretrial conference is adjourned to January 17, 2023, at 9:45 a.m. The parties shall submit a joint pretrial order by December 14, 2022.

Plaintiff's joint letter request to adjourn trial scheduled for January 9, 2023 is GRANTED. Trial is set for February 28, 2023, at 9:45 a.m.

The Clerk of Court is directed to close ECF No. 48 accordingly.

Dated: November 28, 2022
       New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE