UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ENRIQUE CASTILLO,

                                        Plaintiff,

              -against-

Z DELI GROCERY V CORP d/b/a Z Grill, ALI
ESMAEL ZIAD, and MOHAMMED ZIAD,
*individually*,

                                      Defendants.
------------------------------------------------------------------X

**ORDER**

**21-CV-1744 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The parties' conference on Defendants' counsel's motion to withdraw is adjourned to **January 13, 2023 at 10:30 a.m. EST** via Microsoft Teams. The Court will use the same Microsoft Teams event provided in docket number 59.

       SO ORDERED.

DATED:    New York, New York
               January 5, 2023

                                                      */s/ Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge