UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ENRIQUE CASTILLO,

                             Plaintiff,

          -against-

Z DELI GROCERY V CORP d/b/a Z Grill, ALI
ESMAEL ZIAD, and MOHAMMED ZIAD,
*individually*,

                             Defendants.
------------------------------------------------------------------X

**ORDER**

**21-CV-1744 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      For the reasons stated on the record during the parties' January 13, 2023 conference, Defendants' counsel's motion to withdraw is GRANTED. Z Deli Grocery V Corp d/b/a Z Grill must obtain new counsel by **February 3, 2023**. See Stolt-Nielsen Transp. Group B.V. v. Edible Oil Trading Corp., No. 06-CV-0703 (NRB), 2007 WL 4103815, at *1 (S.D.N.Y. Nov. 9, 2007) ("Corporate parties may not proceed pro se and must be represented by an attorney. Failure to appear by counsel can result in the entry of a default judgment or dismissal of claims presented.") (internal citation omitted).

      Individual Defendants Ali Esmael Ziad and Mohammed Ziad must either obtain new counsel or appear pro se by **February 3, 2023**. To proceed pro se, the Individual Defendants must complete and email the Notice of Pro Se Appearance form (the "Notice") available at https://www.nysd.uscourts.gov/node/826 to Temporary_Pro_Se_Filing@nysd.uscourts.gov. If the Individual Defendants proceed pro se, the Court strongly recommends that they consent to electronic service on the Notice.

      By **February 3, 2023**, Z Grill's new counsel and the Individual Defendants, if they appear pro se, or the Individual Defendants' new counsel must file a letter stating when they anticipate

being ready for trial. If Z Grill and the Individual Defendants proceed without counsel or the Individual Defendants fail to participate pro se, Plaintiff can proceed with this action by taking steps to obtain a default judgment against them.

Defendants' now former counsel, Michael Chong, must email this Order and the Notice to Defendants. Defendants shall email Chong a physical address for Chong to mail a hard copy of this Order and the Notice to Defendants as well.

All other deadlines and trial in this case are adjourned sine die.

SO ORDERED.

DATED:   New York, New York
         January 13, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge