UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ENRIQUE CASTILLO,

                Plaintiff,

  -against-

                                                    ORDER

Z DELI GROCERY V CORP *d/b/a* Z GRILL,
ALI ESMAEL ZIAD, and MOHAMMED ZIAD,    21 Civ. 1744 (GBD) (JW)
*individually*,

                Defendants.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

      Defendants failed to respond to Magistrate Judge Willis' Order (ECF No. 62) indicating their intention to proceed *pro se* or obtain new counsel by February 3, 2023. The trial set to begin on February 28, 2023 is hereby CANCELLED *sine die*. Plaintiff may move for default within sixty (60) days of this Order.

Dated: February 21, 2023
       New York, New York

                                                    SO ORDERED.

                                                    GEORGE B. DANIELS
                                                   UNITED STATES DISTRICT JUDGE