UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ENRIQUE CASTILLO,

                    Plaintiff,

-against-

Z DELI GROCERY V CORP d/b/a Z Grill, ALI ESMAEL ZIAD, and MOHAMMED ZIAD, *individually*,

                    Defendants.
------------------------------------------------------------------X

**ORDER**

**21-CV-1744 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 30, 2023, the Court received a voicemail from Defendant Mohammed Ziad asking for a return call. Chambers called back and left a voicemail informing Defendant he could not contact Chambers directly and that we are not permitted to have *ex parte* conversations. The Court did not engage in any substantive discussions with Mr. Ziad.

In general, parties should not communicate with the Court directly via email or over the phone. Regardless of the method of communication, the Court is not permitted to have private conversations with either side. Whenever a party contacts the Court, the other party should be included. All parties in a federal lawsuit should generally only contact the Court by filing a motion that is properly served on the other party or electronically submitting a letter motion on ECF.

The Court encourages the *pro se* Defendants to contact the Pro Se Intake Unit. The Pro Se Intake Unit is located in the United States Courthouse, 500 Pearl Street,

Room 200, New York, New York (telephone 212-805-0175) and can assist *pro se* litigants in connection with court procedures.

The Court also notes that there is a legal clinic in this District available to assist *pro se* parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

SO ORDERED.

DATED: March 31, 2023
New York, New York

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge