UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
ENRIQUE CASTILLO,

                              Plaintiff,                      21 **CIVIL** 1744 (GBD)(JW)

                 -against-                           **DEFAULT JUDGMENT**

Z DELI GROCERY V CORP d/b/a Z Grill, ALI
ESMAEL ZIAD, and MOHAMMED ZIAD,
individually,

                            Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 28, 2024, Magistrate Judge Willis's Report is ADOPTED except as otherwise noted. Plaintiff's Motion for Default Judgment is GRANTED. Default judgment is entered ordering Defendants to pay Plaintiff $737,673.81, plus applicable prejudgment and post-judgment interest, calculated as follows: (i) $360,091.88 for unpaid overtime wages; (ii) $360,091.88 in liquidated damages; (iii) 9% prejudgment simple interest on $164,176.88 of the damages, calculated from August 28, 2016, to the date of judgment amounting to $110,920.60; (iv) post-judgment interest pursuant to 28 U.S.C. § 1961(a); and (v) $17,490.05 in attorneys' fees and costs.

**Dated:** New York, New York

      February 28, 2024

                                                                    **RUBY J. KRAJICK**
                                                                      Clerk of Court

                                          **BY:**

                                                                       **Deputy Clerk**