**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ENRIQUE CASTILLO,

                              Plaintiff,

                -against-

Z DELI GROCERY V CORP d/b/a Z Grill, ALI ESMAEL ZIAD, and MOHAMMED ZIAD, *individually*,

                             Defendants.
------------------------------------------------------------------X

**ORDER**

**21-CV-1744 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 28, 2024, Judge Daniels issued a default judgment against Defendants Z Deli Grocery V Corp, Ali Esmael Ziad, and Mohammed Ziad. Dkt. No. 80. On March 19, 2024, Ali Esmael Ziad, and Mohammed Ziad submitted a letter taking exception to the default judgment. Dkt. No. 82.

On April 5, 2024, this Court issued an Order that "the individual Defendants must properly file a notice of pro se appearance with the Pro Se Intake Unit…once Defendants have properly entered a pro se appearance and updated their addresses, the Defendants can take steps to set aside the default judgment… **Defendants have until May 17, 2024, to file a motion to set aside the default**." Dkt. No. 83.

On May 13, 2024, Ali Esmael Ziad entered a pro se appearance. On May 14, 2024, Mohammed Ziad entered an appearance. However, neither filed a motion to set aside the default by the May 17th deadline.

As Mohammed and Ali Esmael Ziad are both *pro se* and they filed their notices of appearance immediately before the May 17th deadline—out of an abundance of caution—the Court elects to extend the deadline one final time.

The Defendants have until **July 8, 2024,** to move to set aside the default. **No further extensions will be granted.**

SO ORDERED.

DATED:   New York, New York
         June 4, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge