UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
ENRIQUE CASTILLO,

                          Plaintiff,

        -against-

Z DELI GROCERY V CORP, *d/b/a* Z GRILL, ALI
ESMAEL ZIAD, and MOHAMMED ZIAD,
*individually*,

                         Defendants.
------------------------------------- x

ORDER

21 Civ. 1744 (GBD) (JW)

GEORGE B. DANIELS, United States District Judge:

    This Court is in receipt of Plaintiff's request to reopen the case and set a pretrial conference. A pretrial conference is hereby scheduled for June 10, 2025 at 10:30 a.m. Pro se defendants Ali Esmael Ziad and Mohammed Ziad ("the individual defendants") must appear on that date. If the individual defendants do not appear at the pretrial conference, this Court will consider them to be in default and reinstate the default judgment.

    The Clerk of the Court is directed to reopen the case.

Dated: May 13, 2025
       New York, New York

                                         SO ORDERED.

                                         GEORGE B. DANIELS
                                         United States District Judge

1