UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
Enrique Castillo,                    :
                                     :
                        Plaintiff,   :
    -against-                        :
                                     :
                                     :
Ali Esmael Ziad and Mohammed Ziad,   :        ORDER
                                     :
                                     :        21 Civ. 01744 (GBD) (JW)
                        Defendants.  :
                                     :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The deadline for submitting the Joint Proposed Pre-trial Order is extended from July 11, 2025 to August 11, 2025. Trial originally scheduled for August 12, 2025 is now set for August 25, 2025 at 10:00 AM.

Dated: New York, New York
       July 10, 2025

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge