

The Law Offices of Jacob Aronauer
250 Broadway, Suite 600
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

August 19, 2025

**Via ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

*Geroge B. Donald* (signature)
George B. Daniels, U.S.D.J.

Dated: AUG 2 0 2025

Re:   21-cv-01744 (GBD) (JW)
      Castillo v. Z Deli Grocery V. Corp et al.

Dear Judge Daniels:

This office represents Plaintiff Enrique Castillo. I am happy to report to the Court that a settlement in principle has been reached. Accordingly, the parties jointly request that the Court adjourn the trial scheduled for August 25, 2025.

The parties also request that the Court order the parties to provide a proposed settlement agreement for the Court's approval pursuant to *Cheeks* no later than September 9, 2025.

Respectfully,

*/s Jacob Aronauer*
Jacob Aronauer

**Via E-mail and ECF**
*Individual Defendants*