UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

Enrique Castillo,

                       Plaintiff,

        -against-

Ali Esmael Ziad and Mohammed Ziad,

                    Defendants.

------------------------------------ x

ORDER
21-cv-01744 (GBD) (JW)

GEORGE B. DANIELS, United States District Judge:

    The parties in this FLSA and NYLL action have reached a settlement and jointly request this Court's approval. (ECF No. 115.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint letter for settlement approval, hereby **GRANTS** the parties' request and **FURTHER ORDERS** that:

1. The settlement agreement in the amount of $20,000.00, which is inclusive of all attorneys' fees and costs, is **APPROVED**; and

2. This action is **DISMISSED** with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved. This Court shall retain jurisdiction for purposes of enforcement of the settlement agreement.

In light of the approval of the agreed upon settlement, the Clerk of Court is hereby directed to close to close this case and the open motion at ECF No. 108.

Dated: September 16, 2025
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

2